ANNETTE MEISELMAN, Appellant, v DANIEL KAPLAN et al., Defendants, and MEYERS MOVING & STORAGE CO., Respondent.

Submitted April 10, 2006; decided June 6, 2006

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

RAVEENDRAN NARAYANAN, Appellant, v CITY OF NEW YORK, Defendant, and FJC SECURITY SERVICES, INC., Respondent.

Submitted March 27, 2006; decided June 6, 2006

Motion for leave to appeal dismissed as untimely (see CPLR 5513 [b]).

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD ACKRIDGE, Appellant.

Submitted May 8, 2006; decided June 6, 2006

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 denied as unnecessary and motion papers treated as a timely CPL 460.20 application.